IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SUMMER DAWN WHITE | § | |
| | § | |
| v. | § | 2:10-CV-111 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER DENYING MOTION TO DISMISS MOTION UNDER 28 U.S.C. § 2255, DENYING MOTION TO DISMISS MOTION UNDER 28 U.S.C. § 2241, and <u>DENYING MOTION TO CORRECT SENTENCE</u>

Movant Summer Dawn White has filed with this Court a "Motion to Correct Sentence," which this Court has construed as a Petition for Habeas Corpus Relief pursuant to 28 U.S.C. § 2241. On July 13, 2010, the government filed a "Motion to Dismiss Motion Under 28 U.S.C. § 2255." On July 28, 2010, the government filed a "Motion to Dismiss Petition Under 28 U.S.C. § 2241." On February 24, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that both of the government's motions to dismiss be denied and the § 2241 petition be denied. As of this date, no objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion to Dismiss Motion Under 28 U.S.C. § 2255 is DENIED, the Motion to Dismiss Petition Under 28 U.S.C. § 2241 is DENIED, and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _16th_ day of _March_ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE